EUGENE H. VERNON, Appellant, *v.* CAROLYN T. VERNON, Respondent.

Argued March 6, 1942; decided April 16, 1942.

*Thomas F. Croake* for appellant.

*William Logan, Jr.*, and *Helen F. Tuohy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. Taking no part: RIPPEY and CONWAY, JJ.